**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **QR SWITCH, LLC**,<br><br>Plaintiff,<br><br>v.<br><br>**TELEGRAM GROUP INC. and TELEGRAM MESSENGER INC.**<br><br>Defendants. | Civil Action No. 2:26-cv-00254<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF QR SWITCH, LLC'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff QR Switch, LLC hereby advises that it has no parent corporation, and that no publicly held corporation owns 10% or more of its stock.

Dated: March 27, 2026

Respectfully submitted,

STEVEN CALLAHAN
Texas State Bar No. 24053122
scallahan@ccrglaw.com
CHRISTOPHER T. BOVENKAMP
Texas State Bar No. 24006877
cbovenkamp@ccrglaw.com
CONNOR A. SCOTT
Texas State Bar No. 24115362
cscott@ccrglaw.com
**CHARHON CALLAHAN**
**ROBSON & GARZA, PLLC**
3333 Lee Parkway, Suite 460
Dallas, Texas 75219
Telephone: (214) 521-6400
Telecopier: (214) 764-8392

*Counsel for Plaintiff QR Switch, LLC*