**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| QR SWITCH, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>TELEGRAM GROUP INC. and TELEGRAM MESSENGER INC.,<br><br>*Defendants*. | § § § § § § § § § § | CIVIL ACTION NO. 2:26-CV-00254-JRG<br>(LEAD CASE) |
| QR SWITCH, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>TENCENT HOLDINGS LIMITED,<br><br>*Defendant*. | § § § § § § § § § | CIVIL ACTION NO. 2:26-CV-00238-JRG<br>(MEMBER CASE) |

**ORDER**

Before the Court is the Unopposed Motion for Extension of Time to File Response to the Telegram Defendants' Motion to Dismiss (the "Motion") filed by Plaintiff QR Switch, LLC ("Plaintiff"). (Dkt. No. 21.) In the Motion, Plaintiff seeks a 73-day extension of time to respond to the Telegram Defendants' Motion to Dismiss for Lack of Personal Jurisdiction (Dkt. No. 10). (*Id.* at 1.) Plaintiff represents that "Defendants have agreed to permit QR Switch to serve written discovery on Defendants specific to the personal jurisdiction issue" and "QR Switch has agreed to serve this discovery no later than September 4, 2026." (*Id.* at 2.) The Motion is unopposed. (*Id.* at 4.)

Having considered the Motion, and noting its unopposed nature, the Court finds that it should be and hereby is **GRANTED-AS- MODIFIED**. Accordingly, the Court **ORDERS** that the

deadline for Plaintiff to respond to the Motion to Dismiss (Dkt. No. 10) is **extended** up to and including October 1, 2026.

**So Ordered this**

**Sep 2, 2026**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE